# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kurtis Lavonte Gordon-Greenwood, | Civ. No. 25-2474 (JWB/SGE) |
| Plaintiff, | |
| v. | |
| United States of America, United States District Court for the District of Minnesota, Douglas L. Micko, Andrew M. Luger, Lisa D. Kirkpatrick, Thomas M. Hollenhorst, Eddie M. Frizell, Donovan W. Frank, Kate M. Fogarty, and Jill A. Brisbois, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Defendants. | |

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on January 26, 2026. (Doc. No. 38.) Plaintiff has filed objections to the R&R. (Doc. No. 44.)

The portions of the R&R to which Plaintiff objects are reviewed *de novo*. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b)(3). Any aspect of an R&R to which no specific objection is made is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996).

Plaintiff's objections to the January 26, 2026 R&R have been reviewed. The objections do not identify any error of law or fact that warrant rejecting the recommendations in the R&R. And, after carefully reviewing all other portions of the R&R not specifically objected to, it is neither clearly erroneous nor contrary to law.

Based on the R&R of the Magistrate Judge, and on all the files, records, and

proceedings in this case, **IT IS HEREBY ORDERED** that:

1.   Plaintiff's objections (Doc. No. 44) are **OVERRULED**;

2.   The January 26, 2026 Report and Recommendation (Doc. No. 38) is **ACCEPTED**;

3.   Defendant Brisbois's Motion to Dismiss (Doc. No. 14) is **GRANTED**;

4.   The Federal Defendants' Motion to Dismiss (Doc. No. 19) is **GRANTED**; and

5.   Plaintiff Kurtis Lavonte Gordon-Greenwood's Complaint (Doc. No. 1) is **DISMISSED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 27, 2026          *s/ Jerry W. Blackwell*
                                 JERRY W. BLACKWELL
                                 United States District Judge

2